## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

|  |  |
|---|---|
| ZACHARIAH ROBERTSON,<br>Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>   v.<br><br>AVERY TECHNICAL RESOURCES, INC.,<br><br>          Defendant. | Case No.   1:19-cv-02408<br><br>**DEFENDANT'S MOTION TO DISMISS AND COMPEL ARBITRATION** |

Defendant Avery Technical Resources, Inc. ("Avery" or "Defendant") respectfully moves the Court for an order dismissing Plaintiff's Original Collective Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3) and compelling arbitration pursuant to 9 U.S.C. § 4.  This motion is based on the memorandum of law and supporting documents and declarations filed herein, and all of the files, records, and proceedings herein.

Dated:  September 27, 2019

*/s/ Joseph M. Sokolowski*

Joseph M. Sokolowski (MN Bar 0178366)
Ashley R. Thronson (MN Bar 0395947)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  612.492.7000
*jsokolowski@fredlaw.com*
*athronson@fredlaw.com*

**ATTORNEYS FOR AVERY TECHNICAL RESOURCES, INC**