**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 19-cv-02408-CMA-MEH

ZACHARIAH ROBERTSON,

Plaintiff,

v.

AVERY TECHNICAL RESOURCES, INC.,

Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND COMPEL ARBITRATION**

---

This matter is before the Court on Defendant Avery Technical Resources, Inc.'s Motion to Dismiss and Compel Arbitration (Doc. # 14) and supporting Memorandum of Law (Doc. # 15). On October 17, 2019, Plaintiff filed a Notice of Non-Opposition to Defendant's Motion to Dismiss and Compel Arbitration (Doc. # 19) and therein represented that Plaintiff does not oppose arbitration of his claims. (*Id.*) Having reviewed the Motion, applicable law, and pertinent record, and given that Plaintiff does not oppose the Motion, it is

ORDERED that Defendant's Motion to Dismiss and Compel Arbitration (Doc. # 14) is GRANTED. It is

FURTHER ORDERED Plaintiff's Complaint (Doc. # 1) is DISMISSED WITH PREJUDICE.

DATED: October 23, 2019

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge